ELLEN M. DAVIS, Respondent, v. CITY OF BINGHAMTON, Appellant.— Judgment

unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.